IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PABON GONZALEZ,

    Plaintiff,

v.

                              Case No. 18-cv-786-jdp

CO SHANNON, BRIAN KOOL,
GARY BOUGHTON, CP. GARDNER,
and MARK KARTMAN,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

   /s/                                                      7/15/2019
Peter Oppeneer, Clerk of Court                     Date